```
                   IN THE UNITED STATES DISTRICT COURT
                   FOR THE MIDDLE DISTRICT OF GEORGIA
                           COLUMBUS DIVISION
```

UNITED STATES OF AMERICA *for*        \*
*the use and benefit of* STUART
C. IRBY COMPANY,                      \*

    Plaintiff,               \*        CASE NO. 4:14-CV-47 (CDL)

vs.                                   \*

EASTWAY ELECTRIC, LLC,                \*

    Defendant.               \*

O R D E R

Plaintiff Stuart C. Irby Company asserted claims against Defendant Eastway Electric, LLC for failure to satisfy its obligations to Irby under a Miller Act payment bond. Eastway did not respond to the Complaint or otherwise defend this action, and the Court entered a default judgment in Irby's favor and against Eastway (ECF No. 21). Now, Irby seeks an award of attorneys' fees and costs, which are authorized by its contract with Eastway and which the Court finds are reasonable. Eastway did not respond to the motion. Irby's motion for attorney's fees and costs (ECF No. 23) is granted. Irby is hereby awarded attorneys' fees of $6,650.00 and litigation costs of $801.84 against Eastway.

IT IS SO ORDERED, this 30th day of July, 2014.

                                    S/Clay D. Land
                                      CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE